```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                          COUNSEL/PARTIES OF RECORD

                         FEB 1 6 2017

                      CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
              BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RANDALL LITTLE,

        Defendant.

2:16-mj-00621-PAL-1

**ORDER**

On January 27, 2017, this Court granted the MOTION to WITHDRAW as Attorney (doc. 29).

Accordingly, IT IS HEREBY ORDERED that **DUSTIN R. MARCELLO**, is APPOINTED as counsel for Randall Little in place of David R. Fischer for all future proceedings. David R Fischer's office shall forward the file to Mr. Marcello forthwith.

DATED this _16th_ day of February, 2017.

                                                                  UNITED STATES MAGISTRATE JUDGE