✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-105-JCM-(GWF) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| RANDALL LITTLE, | |
| Defendant. | |

This Court finds that defendant Randall Little pled guilty to Count One of a Three-Count Criminal Indictment charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Criminal Indictment, ECF No. 35; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Randall Little agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 35; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant Randall Little pled guilty.

The following property is (1) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received

in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Section 2252A(a)(5)(B) or any property traceable to such property, and is subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. One Black Leather 3X5 Simon Notebook with Elastic Strap;
2. One Black 4GB Maxell Thumb Drive;
3. One Black 4GB Sandisk Cruzer Thumb Drive (Blue Tape Placed to Distinguish);
4. One Red Verbatim 2GB Thumb Drive;
5. One Gunmetal Gray 32GB Datastick Pro Thumb Drive;
6. One Black 16GB Datastick Sport Thumb Drive;
7. One Black 4GB Sandisk Cruzer Thumb Drive;
8. One Silver 128GB Patriot Thumb Drive;
9. One Black 16GB Sandisk Cruzer Thumb Drive;
10. One Orange Leopard-Print 8GB Thumb Drive (Smudged Logo);
11. One Powder Blue 4GB Dane Elec Thumb Drive;
12. One Black 16GB PNY Thumb Drive;
13. One Dark Blue Toshiba External Hard Drive, S/N: 428BDF1MTSRE8;
14. One Black Logic Cellular Phone, Model M5, S/N: M5201510249602;
15. One Black and Blue LG Cellular Phone with a Black Case, Model LS665, S/N: 511CYRN1667494;
16. One Black Lenovo Laptop Computer with Power Cord Model G505, S/N: CB26682226 and a Black 64GB Sandisk Thumb Drive; and
17. One Black Kyocera Cellular Phone, Model S1360, DEC: 268435462511704785

(all of which constitutes property).

///
///

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Randall Little in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 23rd day of Aug, 2018.

_____
UNITED STATES DISTRICT JUDGE