FILED                    RECEIVED
ENTERED                  SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 2 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-105-JCM-(GWF) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| RANDALL LITTLE, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant Randall Little to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Randall Little pled guilty. Criminal Indictment, ECF No. 35; Change of Plea, ECF No. 85; Plea Agreement, ECF No. 86; Preliminary Order of Forfeiture, ECF No. 87.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

/ / /

consecutively from August 26, 2018, through September 24, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 88.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. One Black Leather 3X5 Simon Notebook with Elastic Strap;

2. One Black 4GB Maxell Thumb Drive;

3. One Black 4GB Sandisk Cruzer Thumb Drive (Blue Tape Placed to Distinguish);

4. One Red Verbatim 2GB Thumb Drive;

5. One Gunmetal Gray 32GB Datastick Pro Thumb Drive;

6. One Black 16GB Datastick Sport Thumb Drive;

7. One Black 4GB Sandisk Cruzer Thumb Drive;

8. One Silver 128GB Patriot Thumb Drive;

9. One Black 16GB Sandisk Cruzer Thumb Drive;

10. One Orange Leopard-Print 8GB Thumb Drive (Smudged Logo);

11. One Powder Blue 4GB Dane Elec Thumb Drive;

12. One Black 16GB PNY Thumb Drive;

13. One Dark Blue Toshiba External Hard Drive, S/N: 428BDF1MTSRE8;

14. One Black Logic Cellular Phone, Model M5, S/N: M5201510249602;

15. One Black and Blue LG Cellular Phone with a Black Case, Model LS665, S/N: 511CYRN1667494;

16. One Black Lenovo Laptop Computer with Power Cord Model G505, S/N: CB26682226 and a Black 64GB Sandisk Thumb Drive; and

17. One Black Kyocera Cellular Phone, Model S1360, DEC: 268435462511704785

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 26th day of Nov. , 2018.

_____
UNITED STATES DISTRICT JUDGE